**Denied and Opinion Filed February 18, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00082-CV

## IN RE HUB GROUP TRUCKING, INC.; WAEL AL-ASHQAR; MAPLETREE TRANSPORTATION, INC.; AND DENNIS EADS, Relators

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08540**

## MEMORANDUM OPINION

Before Justices Schenck, Partida-Kipness, and Nowell
Opinion by Justice Partida-Kipness

Relators Hub Group Trucking, Inc., Wael Al-Ashqar, Mapletree Transportation, Inc., and Dennis Eads filed this petition for a writ of mandamus challenging the trial court's August 5, 2019 order granting real party in interest's motion to strike the section 18.001 counteraffidavit of Marilyn Pacheco and the trial court's December 5, 2019 order denying relators' motions to reconsider striking the counteraffidavit. Entitlement to mandamus relief requires relators to show both that the trial court has clearly abused its discretion and that relators have no adequate appellate remedy. *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition for writ of mandamus and mandamus record, we conclude relators have failed to show their remedy by appeal is inadequate. *See In re Jeremiah Parks,* No. 05-19-00375-CV, slip op. at 5 (Tex. App—Dallas Feb. 18, 2020, orig. proceeding)

(mem. op.); *In re Flores*, No. 01-19-00484-CV, 2020 WL 425297, at *1–2 (Tex. App.—Houston [1st Dist.] Jan. 28, 2020, orig. proceeding).

Accordingly, we deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

200082F.P05